UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
TAMMY KING,                          :
                    Plaintiff,       :
v.                                   :          **ORDER OF DISMISSAL**
                                     :
CLEAN AIR QUALITY SERVICE, INC,      :          20 CV 3955 (VB)
RUSSELL SEACOR, and ROBERT YOUNG,    :
                    Defendants.      :
--------------------------------------------------------x

USDC S...
DOCUM...
ELECT...
DOC #:...
DATE F...   9/21/20

The Court has been advised that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 5, 2020. To be clear, any application to restore the action must be filed by November 5, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: September 21, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge